### William COOPER, Appellant,

v.

### Michael GROOSE, et al., Respondents.

### No. WD 55036.

Missouri Court of Appeals,
Western District.

March 10, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 1998.

Application for Transfer Denied
Aug. 25, 1998.

William Cooper, Moberly, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Virginia H. Murray, Asst. Atty. Gen., John J. Treu, Jefferson City, Terry M. Evans, Trenton, for Respondents.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

William Cooper appeals the circuit court's judgment dismissing his petition for damages for personal injuries and for specific performance against the respondents.

Appeal dismissed. Rule 84.16(b).